# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

JUSTIN WILLIAMSON

NO. 2024 KW 0738

**AUGUST 14, 2024**

---

In Re:    State of Louisiana, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. DC-21-04827.

---

**BEFORE:   GUIDRY, C.J., PENZATO AND STROMBERG, JJ.**

       **STAY LIFTED. WRIT GRANTED.** The trial court's August 12, 2024 ruling denying the Motion to Continue Trial filed by the State of Louisiana is reversed. Under the unique facts and circumstances of this case, we find the trial court abused its discretion by failing to grant a continuance of the trial. This matter is remanded to the trial court for further proceedings consistent with this ruling.

**AHP**
**TPS**

       **Guidry, C.J.**, dissents. The East Baton Rouge Parish Clerk of Court's Office has advised that the trial has been continued to September 16, 2024. Therefore, I find the matter to be moot.

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT